**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

EDWARD JONES; PATRICIA VINSON;
GEORGE VINSON; THOMAS CASH;
STANLEY BARGER; ROBERT LEE
PURRIE,

       *Plaintiffs-Appellants,*

v.

CITY OF LOS ANGELES; WILLIAM
BRATTON, Chief; CHARLES BECK,
Captain, in their official capacity,

       *Defendants-Appellees.*

No. 04-55324

D.C. No.
CV-03-01142-ER
Central District
of California,
Los Angeles

ORDER

Filed October 15, 2007

Before: Pamela Ann Rymer and Kim McLane Wardlaw,
Circuit Judges, and Edward C. Reed, Jr.,* District Judge.

---

## ORDER

The parties have filed a joint motion informing us that they
have settled this action and seeking dismissal of the appeal,
remand and withdrawal of our opinion, reported at 444 F.3d
1118 (9th Cir. 2006). Granting the motion in full, we dismiss
this appeal as moot, vacate our opinion in *Jones v. City of Los
Angeles*, 444 F.3d 1118 (9th Cir. 2006), and remand the
action to the district court for further proceedings consistent

---

*The Honorable Edward C. Reed, Jr., Senior United States District
Judge for the District of Nevada, sitting by designation.

14139

with this Order.

**IT IS SO ORDERED.**

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.